**No. 11-6813. Assem A. Abulkhair, Petitioner v. New Century Financial Services, Inc.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 940.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1068, 132 S. Ct. 782, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8525.